ORIGINAL

LAW OFFICES OF CARL M. VARADY

CARL M. VARADY
Attorney at Law
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai`i 96813
carl@varadylaw.com
Telephone:  (808) 523-8447
Facsimile:    (808) 523-8448

Attorney for Plaintiff
LAWRENCE J. COBB

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 06 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

LODGED

FEB 05 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LAWRENCE J. COBB,<br><br>     Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>     Defendant. | CV 04-00734 HG LEK<br><br>JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND PURSUANT TO THE SOCIAL SECURITY ACT, 42 U.S.C. § 406(b)(1)<br><br>**Hon. Helen Gillmor**<br>U.S. District Court Judge |

### JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND PURSUANT TO THE SOCIAL SECURITY ACT, 42 U.S.C. § 406(b)(1)

Plaintiff and Defendant, by their respective counsel, hereby stipulate to an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $2,600.00 and Defendant shall file a statement that it has no opposition to an award of attorney

fees pursuant to 42 U.S.C. § 406(b)(1) in the amount of $7,230.50. Plaintiff and Defendant then move that the Court enter an order awarding Plaintiff EAJA fees in the amount of $2,600.00 to be paid by Defendant and payable to Carl M. Varady.

**WHEREFORE**, the parties request that the Court enter an order and judgment awarding Plaintiff attorney EAJA fees in the sum of $2,600.00, made payable to Carl M. Varady, in settlement of any and all claims he may have in the matter pursuant to the Equal Access to Justice Act. Contemporaneously with this stipulation, Defendant shall file a statement that it has no opposition to an award of attorney fees pursuant to 42 U.S.C. § 406(b)(1) in the amount of $7,230.50.

DATED: Honolulu, Hawai'i, February 4, 2008.

Law Offices of Carl M. Varady

_[signature]_

Carl M. Varady
Attorney for Plaintiff
1001 Bishop Street, Suite 2870
Honolulu, Hawai'i 96813
carl@varadylaw.com

EDWARD H. KUBO
United States Attorney

By: _[signature]_

Thomas A. Helper
Assistant U.S. Attorney
300 Ala Moana Blvd Ste 6100
Honolulu, Hawai'i 96850
Tom.Helper@usdoj.gov

APPROVED AND SO ORDERED:

_[signature]_

JUDGE OF THE ABOVE ENTITLED COURT

---

**COBB v. ASTRUE, CV 04-00734 HG LEK, JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**