IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAI'I

| | |
|---|---|
| LAWRENCE J. COBB<br><br>          Plaintiff,<br>     vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | CV 04-00734 HG LEK<br><br>JUDGMENT IN A CIVIL CASE |

JUDGMENT IN A CIVIL CASE

This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

The parties have stipulated to an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $2,600.00. As further stipulated, the Defendant has also filed his Response Regarding Counsel's Motion for Attorney's Fees Pursuant to 42 U.S.C. §406 (b), stating that he does not object to an award of attorney fees pursuant to 42 U.S.C. §406 (b) in the amount of $7,230.50; this amount was determined by a separate agreement between the Plaintiff and Plaintiff's counsel and will be paid by the Social Security Administration from funds withheld from the Plaintiff's past-due benefits.

IT IS ORDERED AND ADJUDGED that an award of attorney fees in the

2

sum of $2,600.00 shall be paid by Defendant to the order of Carl M. Varady, in full satisfaction and settlement of any and all claims Plaintiff may have in this matter pursuant to the Equal Access to Justice Act.

DATED: May 14, 2008, Honolulu, Hawaii.



　　　　　　　　　　　　　　　　　　/s/ Helen Gillmor
　　　　　　　　　　　　　　　　　　Chief United States District Judge

---

COBB v. ASTRUE, CV 04-00734 HG LEK; JUDGMENT IN A CIVIL CASE