EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS A. HELPER 5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: tom.helper@usdoj.gov

Attorneys for Defendant
MICHAEL J. ASTRUE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LAWRENCE J. COBB, | ) | CIVIL NO. 04-00734 HG LEK |
| | ) | |
| Plaintiff, | ) | STIPULATION TO REOPEN CASE AND |
| | ) | FOR ENTRY OF JUDGMENT IN FAVOR |
| v. | ) | OF PLAINTIFF; ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

STIPULATION TO REOPEN CASE AND FOR ENTRY
OF JUDGMENT IN FAVOR OF PLAINTIFF; ORDER

The parties to this action hereby stipulate as follows. This case shall be reopened for the limited purposes of entering final judgment for plaintiff and entering attorney's fee awards. Judgment shall be in favor of Plaintiff, affirming the March 24, 2006, post-remand, final decision of the Commissioner of Social Security pursuant to Rule 58 of the Federal Rules of Civil Procedure. A copy of the administrative decision granting

Plaintiff's Titles II and XVI applications on remand is attached hereto.  The attorney's fees award is addressed in separate stipulations.

The grounds for this stipulation are as follows.  On April 5, 2005, this Court entered an order remanding this case pursuant to 42 U.S.C. § 405(g), sentence six.  In <u>Melkonyan v. Sullivan</u>, 501 U.S. 89, 111 S.Ct. 2157 at 2165, 115 L.Ed. 78 (1991), the Supreme Court held that a district court may retain jurisdiction over Social Security cases remanded under 42 U.S.C. § 405(g), sentence six, and that the Commissioner is to return to Court following completion of the administrative proceedings on remand and file the new decision, with the court to then enter a "final judgment."  <u>See</u>, <u>also</u>, <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993).  Since Plaintiff never appealed the March 24, 2006 decision to the Appeals Council, the ALJ's decision was binding on all parties and is not subject to judicial review.  42 U.S.C. § 405(g); 20 C.F.R. §§ 404.955 and 416.1455 (2007).  To allow an award of attorneys' fees, it is
//
//
//
//
//
//

necessary to reopen the case pursuant to 42 U.S.C. Section 405(g) and for the court to enter a final judgement.

This order shall apply <u>nunc pro tunc</u> to May 5, 2008, so that this court's Order of May 6, 2008, approving the Joint Stipulation for an Award of Attorney's Fees, and the entry of Judgment on May 14, 2008, have full force and effect.

                                            EDWARD H. KUBO, JR.
                                            United States Attorney
                                            District of Hawaii

/s/ Carl M. Varady                      /s/ Thomas A. Helper
_____    By_____
CARL M. VARADY                         THOMAS A. HELPER
Attorney for Plaintiff               Assistant U.S. Attorney

                                            Attorneys for Defendant

IT IS SO ORDERED.

Dated: June 2, 2008, Honolulu, Hawaii.



                                       **/s/ Helen Gillmor**_____
                                        Chief United States District Judge

<u>Lawrence J. Cobb v. Michael J. Astrue</u>; Civil No. 04-00734 HG LEK
STIPULATION TO REOPEN CASE AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF; ORDER