AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

──────────── DISTRICT OF HAWAII ────────────

LAWRENCE J. COBB            **FINAL JUDGMENT IN A CIVIL CASE**

Plaintiff(s),            CV 04-00734 HG-LEK

V.

MICHAEL J. ASTRUE,
Commissioner of Social
Security

        Defendant(s).

[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]     **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that **final judgment** is entered in favor of Plaintiff, pursuant to the "Stipulation to Reopen Case and for Entry of Judgment in Favor of Plaintiff; Order" approved by Chief Judge Helen Gillmor on June 2, 2008 which shall apply <u>nun pro tunc</u> to May 5, 2008, so that this court's Order of May 6, 2008, approving the Joint Stipulation for an Award of Attorney's Fees, and the entry of Judgment on May 14, 2008, have full force and effect.

      June 2, 2008                                        SUE BEITIA
Date                                                              Clerk

                                                                                   (By) Deputy Clerk